**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Electric Workers Health and Welfare
Fund, et al.,                                         Civil No. 09-3446 (RHK/RLE)

           Plaintiffs,                         **ORDER**

vs.

Polysphase Electric Company,

           Defendant.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: December 7, 2009

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge