# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Electrical Workers Health and Welfare Fund, Electrical Workers Pension Fund, National Electrical Benefit Fund, Electrical Workers Vacation Fund, Twin Ports-Arrowhead Electrical Apprenticeship and Training Fund, National Electrical Industry Fund, and NECA-IBEW National Labor-Management Cooperation Fund, | Civil No: 09-3446 (RHK/RLE) **ORDER** |
| Plaintiffs, | |
| vs. | |
| Polyphase Electric Company, | |
| Defendant. | |

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 24), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE,** without costs, disbursements, or fees to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 29, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
